Court Name: Western District of Oklahoma  
Division: 5  
Receipt Number: OKW500070449  
Cashier ID: nvasquez  
Transaction Date: 10/30/2018  
Payer Name: Nicholas M. Tait  
----------------------------------  
REGISTRATION OF FOREIGN JUDGMT  
 For: Marvin Kent Powell  
 Case/Party: D-OKW-5-18-FJ-000003-001  
 Amount:     $47.00  
----------------------------------  
CREDIT CARD  
 Amt Tendered: $47.00  
----------------------------------  
Total Due:      $47.00  
Total Tendered: $47.00  
Change Amt:     $0.00  

FJ-18-3-HE  


Return check fee $53