IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN KENT POWELL and SHAWNA POWELL, <br><br> Plaintiffs, <br><br> v. <br><br> WILBANKS SECURITIES, INC., an Oklahoma Corporation, and AARON BRONELLE WILBANKS, individually, <br><br> Defendants. <br><br> and <br><br> PROSPERITY BANK, <br><br> Garnishee. | Case No. 5:18-FJ-00003-HE |

## AFFIDAVIT OF INTEREST AND COSTS

State of Oklahoma  )
County of Tulsa     )

I, Nicholas M. Tait, attorney for the Plaintiffs, being duly sworn, state that:

1. I am the attorney for the Plaintiffs in the above-styled case;

2. On September 27, 2018, the U.S. District Court for the District of Colorado entered Judgment for the Plaintiffs and against the Defendant, Aaron Bronelle Wilbanks, for:

    | | |
    |---|---|
    | $1,011,500.00 | Interest-bearing balance |
    | $ 665,890.72 | Interest at 8% from February 8, 2012 |
    | $     881.29 | Court costs not included in interest-bearing balance |
    | $ 334,025.00 | Attorney fees not included in interest-bearing balance |
    | **$2,012,297.01** | **Total Judgment Award** |

3. The interest and costs entered in the aforesaid Judgment were computed as of September 4, 2018, the date Plaintiff requested Judgment.

4. The Judgment awarded Plaintiff additional interest at the rate of 8% per annum, compounded annually.

5. That from September 4, 2018, the date on which Plaintiff submitted its request for Judgment, to today's date, October 29, 2018, additional interest has accrued in the amount of $19,839.06.

6. That Plaintiff expended costs in its not included in the Judgment award, in the amount of $400.00 for the filing of Plaintiff's suit in the U.S. District Court for the District of Colorado and $139.00 for service of the said suit.

_____
Nicholas M. Tait, OBA No. 22739
Attorney for Judgment Creditor

Subscribed and sworn to this  30th  day of  October , 2018

_____    7-22-19
Notary Public                Commission Exp.

JULIE S. O'BRIEN
Notary Public, State of Oklahoma
Commission # 15006609
My Commission Expires July 22, 2019