IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARVIN KENT POWELL and SHAWNA POWELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:18-FJ-00003-HE |
| WILBANKS SECURITIES, INC., an Oklahoma Corporation, and AARON BRONELLE WILBANKS, individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| PROSPERITY BANK, | ) ) | |
| Garnishee. | ) | |

### Garnishment Affidavit
(12 O.S. Supp. 2004 §1172)

| | |
|---|---|
| State of Oklahoma | ) SS |
| County of Tulsa | ) |

I, Nicholas M. Tait being duly sworn, states that:

1. I am the attorney for the Plaintiffs in the above-styled case;

2. Aaron Bronelle Wilbanks, the Judgment Debtor, is indebted to Plaintiff as follows:

| | |
|---|---|
| $1,011,500.00 | Interest-bearing balance |
| $ 685,729.78 | Interest at 8% from February 8, 2012 |
| $ 1,420.29 | Court costs not included in interest-bearing balance |
| $ 334,025.00 | Attorney fees not included in interest-bearing balance |
| **$2,032,675.07** | **Total Garnishment amount** |

3. I believe that Garnishee, **Prosperity Bank,** is indebted to or has property within its possession or under its control, which is not by law exempt from seizure or sale upon execution, belonging to the Judgment Debtor.

4. I *(check one)* ____ am, or, __X__ am not seeking a continuing garnishment.

_____
Nicholas M. Tait, OBA No. 22739
Attorney for Judgment Creditor

Subscribed and sworn to this __30th__ day of __October__, 2018

_____      __7-22-19__
*Notary Public*                *Commission Exp.*

JULIE S. O'BRIEN
Notary Public, State of Oklahoma
Commission # 15006609
My Commission Expires July 22, 2019