IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN KENT POWELL and SHAWNA POWELL,<br><br>Plaintiffs,<br><br>v.<br><br>WILBANKS SECURITIES, INC., an Oklahoma corporation, and AARON BRONELLE WILBANKS, individually,<br><br>Defendants,<br><br>and<br><br>PROSPERITY BANK,<br><br>Garnishee. | Case No. FJ-18-3-HE |

## ORDER

Defendant, Aaron Bronelle Wilbanks, filed a Claim for Exemption and requested a hearing. After conferring with Defendant and with Plaintiffs' counsel with respect to timing, the court set a hearing for January 15, 2019 at 10:00 a.m. Defendant did not appear. The court tried to contact Defendant without success. Defendant made no effort to contact Plaintiffs' counsel or the court. Because Defendant failed to appear and present documentation in support of his claim for exemption, the court denies his claim.

2

Plaintiffs' counsel seeks attorney's fees for his presence at today's hearing. He also orally requested the court set a hearing on assets. The court will hold the request for attorney's fees in abeyance. The court grants Plaintiffs' request for a hearing on assets, at a date to be determined.

ORDERED this 15th day of January, 2019.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE