IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN KENT POWELL and SHAWNA POWELL,<br><br>         Plaintiffs,<br>v.<br><br>WILBANKS SECURITIES, INC., an Oklahoma Corporation, and AARON BRONELLE WILBANKS, individually,<br><br>         Defendants,<br><br>         and<br><br>PROSPERITY BANK,<br><br>         Garnishee. | )<br>)<br>)<br>)<br>)  Case No. 5:18-FJ-00003-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Post-Judgment General Garnishment Summons**

**The United States of America**, to said Garnishee:

You are hereby summoned pursuant to the attached affidavit as garnishee for the defendants, **Aaron Bronelle Wilbanks and Wilbanks Securities, Inc.**, and required, within ten (10) days from the date of service of this summons upon you, to answer according to law whether you are indebted to, or have in your possession or under your control, any property belonging to such judgment debtor, to file your answer with the Clerk of this Court, and, at the time that you file your answer, to deliver or mail a copy of your answer to the judgment creditor's attorney, or judgment creditor if not represented by an attorney, and to the judgment debtor. If you are not a financial institution, you are further ordered to withhold any such property or indebtedness belonging to such judgment debtor or owing on the date of service of this summons, and to pay the required amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer. If you are a financial institution, you may proceed in accordance with 31 CFR Part 212, or similar federal or state law, if applicable, and you are further ordered to withhold any unprotected property or indebtedness belonging to such judgment debtor or owing on the date of your review of the debtor's account, and to pay such unprotected amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer.

If the garnishee is indebted to or holds property or money belonging to the judgment debtor, the garnishee immediately shall mail by first-class mail a copy of the notice of garnishment and exemptions, and the application for hearing, to the judgment debtor at the last-known address of the judgment debtor shown on the records of the garnishee at the time the garnishment summons was served on the garnishee.  If more than one address is shown on the records of the garnishee at the time of service of the summons, the garnishee shall discharge his duty by mailing to any one of the addresses shown on its records.  In lieu of mailing, the garnishee may hand-deliver a copy of the Notice of Garnishment and Exemptions, and the Application for Hearing, to the judgment debtor.

You are hereby directed to pay or deliver to the attorney for judgment creditor, or judgment creditor if not represented by an attorney, with your answer the amount and/or property stated in the answer, and in case of your failure to do so, you will be liable for further proceedings according to law, and judgment shall be rendered against you in the amount of **$2,000,916.49**, together with costs in the principal action and costs of the garnishment proceeding.

Issued this  24th  day of  January , 20 19 , and shall be returned with proof of service within ten (10) days of this date.



SUMMONS ISSUED:
3:54 pm, Jan 24, 2019
CARMELITA REEDER SHINN, Clerk
By: _____
Deputy Clerk

Plaintiff   Marvin Kent Powell and Shawna Powell

Attorney  Nicholas M. Tait, OBA No. 22739
Address   201 S. 72nd W. Ave.
          Tulsa, OK 74127
Phone:    918.706.7521

(Pursuant to 12 O.S. § 1190 a judgment creditor must remit a Twenty-five Dollar ($25.00) fee for costs to any federally insured depository institution garnishee. Fee must be delivered with the garnishment summons.)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN KENT POWELL and SHAWNA POWELL, <br><br> Plaintiffs, <br> v. <br><br> WILBANKS SECURITIES, INC., an Oklahoma Corporation, and AARON BRONELLE WILBANKS, individually, <br><br> Defendants, <br><br> and <br><br> TD Ameritrade, <br><br> Garnishee. | Case No. 5:18-FJ-00003-HE |

**Post-Judgment General Garnishment Summons**

**The United States of America**, to said Garnishee:

You are hereby summoned pursuant to the attached affidavit as garnishee for the defendant, **Aaron Bronelle Wilbanks and Wilbanks Securities, Inc.**, and required, within ten (10) days from the date of service of this summons upon you, to answer according to law whether you are indebted to, or have in your possession or under your control, any property belonging to such judgment debtor, to file your answer with the Clerk of this Court, and, at the time that you file your answer, to deliver or mail a copy of your answer to the judgment creditor's attorney, or judgment creditor if not represented by an attorney, and to the judgment debtor.  If you are not a financial institution, you are further ordered to withhold any such property or indebtedness belonging to such judgment debtor or owing on the date of service of this summons, and to pay the required amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer.  If you are a financial institution, you may proceed in accordance with 31 CFR Part 212, or similar federal or state law, if applicable, and you are further ordered to withhold any unprotected property or indebtedness belonging to such judgment debtor or owing on the date of your review of the debtor's account, and to pay such unprotected amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer.

If the garnishee is indebted to or holds property or money belonging to the judgment debtor, the garnishee immediately shall mail by first-class mail a copy of the notice of garnishment and exemptions, and the application for hearing, to the judgment debtor at the last-known address of the judgment debtor shown on the records of the garnishee at the time the garnishment summons was served on the garnishee.  If more than one address is shown on the records of the garnishee at the time of service of the summons, the garnishee shall discharge his duty by mailing to any one of the addresses shown on its records.  In lieu of mailing, the garnishee may hand-deliver a copy of the Notice of Garnishment and Exemptions, and the Application for Hearing, to the judgment debtor.

You are hereby directed to pay or deliver to the attorney for judgment creditor, or judgment creditor if not represented by an attorney, with your answer the amount and/or property stated in the answer, and in case of your failure to do so, you will be liable for further proceedings according to law, and judgment shall be rendered against you in the amount of **$2,000,916.49**, together with costs in the principal action and costs of the garnishment proceeding.

Issued this  24th   day of  January                , 20 19    , and shall be returned with proof of service within ten (10) days of this date.



SUMMONS ISSUED:
3:54 pm, Jan 24, 2019
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

Plaintiff   Marvin Kent Powell and Shawna Powell

Attorney  Nicholas M. Tait, OBA No. 22739
Address   201 S. 72nd W. Ave.
          Tulsa, OK 74127
Phone:    918.706.7521

(Pursuant to 12 O.S. § 1190 a judgment creditor must remit a Twenty-five Dollar ($25.00) fee for costs to any federally insured depository institution garnishee. Fee must be delivered with the garnishment summons.)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARVIN KENT POWELL and SHAWNA POWELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:18-FJ-00003-HE |
| WILBANKS SECURITIES, INC., an Oklahoma Corporation, and AARON BRONELLE WILBANKS, individually, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| RBC Capital Markets, | ) ) | |
| Garnishee. | ) | |

**Post-Judgment General Garnishment Summons**

**The United States of America**, to said Garnishee:

You are hereby summoned pursuant to the attached affidavit as garnishee for the defendant, **Aaron Bronelle Wilbanks and Wilbanks Securities, Inc.**, and required, within ten (10) days from the date of service of this summons upon you, to answer according to law whether you are indebted to, or have in your possession or under your control, any property belonging to such judgment debtor, to file your answer with the Clerk of this Court, and, at the time that you file your answer, to deliver or mail a copy of your answer to the judgment creditor's attorney, or judgment creditor if not represented by an attorney, and to the judgment debtor.  If you are not a financial institution, you are further ordered to withhold any such property or indebtedness belonging to such judgment debtor or owing on the date of service of this summons, and to pay the required amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer.  If you are a financial institution, you may proceed in accordance with 31 CFR Part 212, or similar federal or state law, if applicable, and you are further ordered to withhold any unprotected property or indebtedness belonging to such judgment debtor or owing on the date of your review of the debtor's account, and to pay such unprotected amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer.

If the garnishee is indebted to or holds property or money belonging to the judgment debtor, the garnishee immediately shall mail by first-class mail a copy of the notice of garnishment and exemptions, and the application for hearing, to the judgment debtor at the last-known address of the judgment debtor shown on the records of the garnishee at the time the garnishment summons was served on the garnishee.  If more than one address is shown on the records of the garnishee at the time of service of the summons, the garnishee shall discharge his duty by mailing to any one of the addresses shown on its records.  In lieu of mailing, the garnishee may hand-deliver a copy of the Notice of Garnishment and Exemptions, and the Application for Hearing, to the judgment debtor.

You are hereby directed to pay or deliver to the attorney for judgment creditor, or judgment creditor if not represented by an attorney, with your answer the amount and/or property stated in the answer, and in case of your failure to do so, you will be liable for further proceedings according to law, and judgment shall be rendered against you in the amount of **$2,000,916.49,** together with costs in the principal action and costs of the garnishment proceeding.

Issued this  24th     day of  January                        , 20 19    , and shall be returned with proof of service within ten (10) days of this date.



SUMMONS ISSUED:
 3:54 pm, Jan 24, 2019
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

Plaintiff   Marvin Kent Powell and Shawna Powell

Attorney  Nicholas M. Tait, OBA No. 22739
Address   201 S. 72nd W. Ave.
          Tulsa, OK 74127
Phone:    918.706.7521

(Pursuant to 12 O.S. § 1190 a judgment creditor must remit a Twenty-five Dollar ($25.00) fee for costs to any federally insured depository institution garnishee. Fee must be delivered with the garnishment summons.)