# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARVIN KENT POWELL and ) <br> SHAWNA POWELL, ) <br> ) <br>      Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILBANKS SECURITIES, INC., ) <br> an Oklahoma corporation, and ) <br> AARON BRONELLE WILBANKS, ) <br> individually, ) <br> ) <br>      Defendants. ) | Case No. 18-FJ-3-HE |

## ORDER TO APPEAR AND ANSWER
## AS TO ASSETS, AND FORBIDDING THE
## TRANSFER OR OTHER DISPOSITION OF PROPERTY

**TO:   WILBANKS SECURITIES, INC.**
       c/o Aaron Bronelle Wilbanks, Officer/Owner
       6409 Beaver Creek Road
       Oklahoma City, OK  73162

**YOU ARE HEREBY ORDERED** to appear in person and answer concerning your property on **Tuesday, February 19, 2019**, at **9:00 a.m.**, before U.S. Magistrate Judge Suzanne Mitchell in Courtroom #102, at the William J. Holloway, Jr. United States Courthouse, 200 N.W. 4th Street, Oklahoma City, Oklahoma 73102.  **YOU ARE FURTHER ORDERED** to bring with you to the hearing the following documents and information:

1. Record of all incomes for the one year preceding the date this order was served upon you;

2. Statements of any and all bank and financial accounts owned by you for six months preceding the date this order was served upon you;

3. Corporate income tax returns for the past two years;

4. All financial statements presented to any banks or lending institutions for the past two years;

5. Legal descriptions of all real estate owned, leased, or possessed within the past five years, including any sale or transfer documents of any such real estate;

6. Accounting books for the last two years;

7. Safe deposit box information;

8. Records of any and all other property you own or which is held in trust for you by anyone else.

9. Records of any and all other debts, receivables, loans, or notes owed to you.

10. Business registration records, including filings with the Oklahoma Secretary of State, and any documents regarding dissolution, winding down, or business closure.

**In accordance with 12 OKLA. STAT. §§ 842 and 852 you are ordered not to pay out, alienate, conceal, transfer, mortgage, encumber, or make any other disposition of any money or property, not exempt by law, except in the ordinary course of business, pending this hearing and the further order of this court.**

**Your failure to appear as ordered may result in a warrant being issued for your arrest for indirect contempt of court. You are further directed to bring all of the documents listed above or your failure to do so could lead to further sanctions.**

Bring this order to court with you.

Ordered this 31st day of January, 2019.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE