IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARVIN KENT POWELL and )
SHAWNA POWELL, )
)
Plaintiffs, )
v. ) Case No. 5:18-FJ-00003-HE
)
WILBANKS SECURITIES, INC., an )
Oklahoma Corporation, and AARON )
BRONELLE WILBANKS, individually, )
)
Defendants. )

### Garnishment Affidavit

State of Oklahoma ) SS
County of Tulsa )

I, Nicholas M. Tait being duly sworn, states as follows:

1. That I am the attorney for the Plaintiffs in the above-styled case;
2. That Aaron Bronelle Wilbanks and Wilbanks Securities, Inc., the Judgment Debtors, are indebted to Plaintiff as follows:

| | |
|---|---|
| $1,011,500.00 | Interest-bearing balance |
| $ 622,076.57 | Interest at 8% from February 8, 2012 |
| $ 1,420.29 | Court costs not included in interest-bearing balance |
| $ 334,025.00 | Attorney fees not included in interest-bearing balance |
| **$1,969,021.86** | **Total Garnishment amount** |

3. That I believe that Garnishee, **Ricci L. Akin, aka Ricci Wilbanks,** is indebted to or has property within its possession or under its control, which is not by law exempt from seizure or sale upon execution, belonging to the Judgment Debtors.
4. That I (check one) ____ am, or, __X__ am not seeking a continuing garnishment.

Nicholas M. Tait, OBA No. 22739
Attorney for Judgment Creditor

Subscribed and sworn to this __22nd__ day of __February__, 2019.

Notary Public

KERI LYN BETTON
NOTARY
Commission Exp.
#18011768
EXP. 11/21/22
STATE OF OKLAHOMA