Case 5:18-fj-00003-HE   Document 69-1   Filed 05/09/19   Page 1 of 1



**PROSPERITY BANK**
2301 N. Minnie Lane
Oklahoma City, OK 73127


PRESORTED FIRST CLASS


U.S. POSTAGE >> PITNEY BOWES
ZIP 73129    $000.41²
02 1W
0001399640 MAY 07 2019

RECEIVED
MAY 0 9 2019
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY

XX OKLA CITY 730    05-08-19XX

**Court Clerk**
**US District Court for the Western Dist of Oklahoma**
200 NW 4th Street
Oklahoma City, OK 73102

DRASNAB    73102