IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARVIN KENT POWELL and )
SHAWNA POWELL, )
 )
        Plaintiffs, )
v. ) Case No. 5:18-FJ-00003-HE
 )
WILBANKS SECURITIES, INC., an )
Oklahoma Corporation, and AARON )
BRONELLE WILBANKS, individually, )
 )
        Defendants, )
 )
        and )
 )
First Fidelity Bank, )
 )
        Garnishee. )

FILED
MAY 1 3 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

## Non–Continuing and General Garnishee's Answer/Affidavit

State of __Oklahoma__ )
County of __Oklahoma__ ) SS

I, __Randy Biggs__, (garnishee or individual answering on behalf of garnishee), in answer to a garnishment summons served on the __8__ day of __May__, 20__19__, and having knowledge of the facts and being sworn, state:

- **If Garnishee is an Individual**:
  That garnishee is an individual, whose full legal name is _____,
  and that garnishee does business under the name of _____.

- **If Garnishee is a Partnership**:
  That garnishee is _____, a partnership composed of the following persons: _____
  _____.

- **If Garnishee is a Corporation**:
  That garnishee is __First Fidelity Bank__, a corporation, organized under the laws of the state of __Oklahoma__, and the official title of the person answering on behalf of garnishee is __VP__.

1. At the time of the service of the garnishment summons, or upon the date it became effective, the garnishee was not indebted to the judgment debtor for any amount of money nor did the garnishee have possession or control of any property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor or in which the judgment debtor had an interest because the employee/individual/judgment debtor was: *(Please check appropriate response)*

    ____ Not employed

____  Employed but no amounts due; specify reason: _____

____  Other; specify: _____

2. At the time of service of the garnishment summons or upon the date it became effective, the garnishee was indebted to the judgment debtor or had possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor as follows: *(Please check appropriate response)*

____  Earnings as shown on the attached Calculation for Garnishment of Earnings form which is incorporated by reference into this answer;

____  Upon conducting the review of the debtor's account(s) mandated by 31 CFR § 212.1 et. seq, garnishee has determined the account(s) contains $ 75.00 **unprotected** funds, and $ 0 **protected** funds. Specify type(s) of protected funds, and if more than one type, specify amount of each: _____

____  Other; specify: _____

Check here [ ___ ] if additional pages are necessary.

3. Nothing has been withheld due to a prior garnishment or continuing garnishment which will expire on _____ and is in Case Number _____ in the District Court of _____ County, Oklahoma.

4. On  May 9 , 20 19 , the garnishee mailed a copy of the Notice of Garnishment & Exemptions and Application for Hearing by first-class mail to the judgment debtor at:

   Address  4334 NW Expressway Ste R22
   City     Oklahoma City
   State    Oklahoma           Zip  73116-1516
   Date Mailed  5/9/19

Or, hand delivered the same to judgment debtor at:

   Judgment Debtor  _____
   Place            _____

5. The garnishee makes the following claim of exemption on the part of the judgment debtor, or has the following objections, defenses, or setoffs to judgment creditor's right to apply garnishee's indebtedness to judgment debtor upon judgment creditor's claim:

_____

Check here [ ___ ] if additional pages are necessary.

By: _____  Date: 5/9/19

Title: Vice President

Subscribed and sworn to before me on this 9 day of May, 2019.

ASHLEY CONWAY
Notary Public in and for
State of Oklahoma
13005893
My Commission Expires Jun 27, 2021

Notary Public: Ashley Conway

My commission expires:

When completed, **mail original answer to**: the Court Clerk of the United States District Court for the Western District of Oklahoma at the following address:
200 NW 4th Street
Oklahoma City, OK 73102

**Please Note**: **You must send your check for the amount garnished with a copy of your answer to the attorneys named below. The check shall be made to the attorneys' trust account, "RG Busch PLLC COLTAF Account"**

Attorneys for Judgment Creditor:
Nicholas M. Tait and Rob G. Busch
RG Busch PLLC
P.O. Box 3931
Greenwood Village, CO 80155

*AOC Form*
*Revised 5/2011*

**First Fidelity Bank**
P.O. BOX 32282
OKLAHOMA CITY, OK 73123-0482

RECEIVED
MAY 1 3 2019
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____
         DEPUTY

neopost
05/10/2019
US POSTAGE



FIRST-CLASS MAIL
AUTO
$00.41²

ZIP 73101
041L11236533

District of Oklahoma
200 NW 4th St
Oklahoma City, OK 73102

DRCYNAB 73102