IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARVIN KENT POWELL and )
SHAWNA POWELL, )
                               Plaintiffs, )
v. ) Case No. 5:18-FJ-00003-HE
)
WILBANKS SECURITIES, INC., an )
Oklahoma Corporation, and AARON )
BRONELLE WILBANKS, individually, )
)
                               Defendants, )
)
                                and )
)
Atlas Energy Group, LLC, )
)
                               Garnishee. )

FILED
AUG 21 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____N.V._____, DEPUTY

**Non–Continuing and General Garnishee's Answer/Affidavit**

State of _Ohio_ )
County of _Summit_ ) SS

I, _Joel S. Heiser_, (garnishee or individual answering on behalf of garnishee), in answer to a garnishment summons served on the _12th_ day of _August_, 20_19_, and having knowledge of the facts and being sworn, state:

- **If Garnishee is an Individual:**
  That garnishee is an individual, whose full legal name is _____,
  and that garnishee does business under the name of _____.

- **If Garnishee is a Partnership:**
  That garnishee is _____, a partnership composed of the following persons: _____

- **If Garnishee is a Corporation** [LLC]:
  That garnishee is _Atlas Energy Group, LLC + its subsidiaries_, a corporation [LLC], organized under the laws of the state of _Delaware_, and the official title of the person answering on behalf of garnishee is _SVP, General Counsel & Secretary_.

1. At the time of the service of the garnishment summons, or upon the date it became effective, the garnishee was not indebted to the judgment debtor for any amount of money nor did the garnishee have possession or control of any property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor or in which the judgment debtor had an interest because the employee/individual/judgment debtor was: *(Please check appropriate response)*

    ____ Not employed

    \_\_\_\_ Employed but no amounts due; specify reason: _____

    \_\_\_\_ Other; specify: _____

2. At the time of service of the garnishment summons or upon the date it became effective, the garnishee was indebted to the judgment debtor or had possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor as follows: *(Please check appropriate response)*

    \_\_\_\_\_ Earnings as shown on the attached Calculation for Garnishment of Earnings form which is incorporated by reference into this answer;

    \_\_\_\_\_ Upon conducting the review of the debtor's account(s) mandated by 31 CFR § 212.1 et. seq, garnishee has determined the account(s) contains $_____ **unprotected** funds, and $_____ **protected** funds. Specify type(s) of protected funds, and if more than one type, specify amount of each: _____

    **X** Other; specify: Current distribution interest of defendants' interest in Atlas Resources Series 32-2012 L.P. and Atlas Resources Series 33-2013 L.P.

    Check here [ \_\_ ] if additional pages are necessary.

3. Nothing has been withheld due to a prior garnishment or continuing garnishment which will expire on _____ and is in Case Number _____ in the District Court of _____ County, Oklahoma.

4. On August 19, 20 19, the garnishee mailed a copy of the Notice of Garnishment & Exemptions and Application for Hearing by first-class mail to the judgment debtor at:

    Address 4334 NW Expressway Suite 222  
    City Oklahoma City  
    State Oklahoma  Zip 73116  
    Date Mailed 8-19-19

    Or, hand delivered the same to judgment debtor at:

    Judgment Debtor  
    Place _____

5. The garnishee makes the following claim of exemption on the part of the judgment debtor, or has the following objections, defenses, or setoffs to judgment creditor's right to apply garnishee's indebtedness to judgment debtor upon judgment creditor's claim:

    _____

    Check here [ \_\_ ] if additional pages are necessary.

By: _Joel S. Hurt_      Date: _8·19·19_

Title: _SVP, General Counsel & Secretary_

Subscribed and sworn to before me on this ___19th___ day of ___August___, 20_19_.

_Denise M. Starkey_
Notary Public

DENISE M. STARKEY
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

My commission expires: _N/A_

When completed, **mail original answer to**: the Court Clerk of the United States District Court for the Western District of Oklahoma at the following address:
200 NW 4th Street
Oklahoma City, OK 73102

Please Note:    You must send your check for the amount garnished with a copy of your answer to the attorneys named below. The check shall be made to the attorneys' trust account, "RG Busch PLLC COLTAF Account"

Attorneys for Judgment Creditor:
Nicholas M. Tait and Rob G. Busch
RG Busch PLLC
P.O. Box 3931
Greenwood Village, CO 80155

AOC Form
Revised 5/2011

ATLAS RESOURCES SERIES 33-2013 L.P.            S33-000074017

WILBANKS SECURITIES INC            Investor Id:   341383

---

ATLAS RESOURCES SERIES 33-2013 L.P.            S33-000074017
Park Place Corporate Center One   KeyBank National Association
425 Houston St, Suite 300
Fort Worth, TX 76102
1-800-251-0171      6-103/410     VOID AFTER 180 DAYS

8/16/2019     $***2,334.96

TWO THOUSAND THREE HUNDRED THIRTY-FOUR AND 96/100 DOLLARS*

RG BUSCH PLLC COLTAF
PO BOX 3931
GREENWOOD VILLAGE CO 80155

**COPY**

ATLAS RESOURCES SERIES 32-2012 L.P.     S32-000073445

WILBANKS SECURITIES INC     Investor Id: 341383

---

ATLAS RESOURCES SERIES 32-2012 L.P.     S32-000073445
Park Place Corporate Center One    KeyBank National Association
425 Houston St, Suite 300
Fort Worth, TX 76102
1-800-251-0171

$\frac{6-103}{410}$     VOID AFTER 180 DAYS

8/16/2019     $***3,022.37

THREE THOUSAND TWENTY-TWO AND 37/100 DOLLARS**************

RG BUSCH PLLC COLTAF
PO BOX 3931
GREENWOOD VILLAGE CO 80155

COPY

3445  0390  5631