IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARVIN KENT POWELL and )
SHAWNA POWELL, )
 )
      Plaintiffs, )
v. ) Case No. 5:18-FJ-00003-HE
 )
WILBANKS SECURITIES, INC., an )
Oklahoma Corporation, and AARON )
BRONELLE WILBANKS, individually, )
 )
      Defendants, )
 )
and )
 )
Raymond James Financial, Inc., )
 )
      Garnishee. )

**FILED**

SEP 3 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## Non-Continuing and General Garnishee's Answer/Affidavit

State of  Florida         )
County of Pinellas        )  SS

I, Tricia Smith, Records Custodian          , (garnishee or individual answering on behalf of garnishee), in answer to a garnishment summons served on the  26th  day of  August       , 20 19  , and having knowledge of the facts and being sworn, state:

- **If Garnishee is an Individual:**
  That garnishee is an individual, whose full legal name is _____,
  and that garnishee does business under the name of _____.

- **If Garnishee is a Partnership:**
  That garnishee is _____, a partnership composed of the following persons: _____
  _____.

- **If Garnishee is a Corporation:**
  That garnishee is _____, a corporation, organized under the laws of the state of _____, and the official title of the person answering on behalf of garnishee is _____.

1. At the time of the service of the garnishment summons, or upon the date it became effective, the garnishee was not indebted to the judgment debtor for any amount of money nor did the garnishee have possession or control of any property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor or in which the judgment debtor had an interest because the employee/individual/judgment debtor was: *(Please check appropriate response)*

    __X__  Not employed

    \_\_\_\_ Employed but no amounts due; specify reason: _____

    __X__ Other; specify: There are no open active accounts for Aaron Bronelle Wilbanks or Wilbanks Securites, Inc. nor is Aaron Bronelle Wilbanks an employee.

2. At the time of service of the garnishment summons or upon the date it became effective, the garnishee was indebted to the judgment debtor or had possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor as follows: *(Please check appropriate response)*

   \_\_\_\_ Earnings as shown on the attached Calculation for Garnishment of Earnings form which is incorporated by reference into this answer;

   \_\_\_\_ Upon conducting the review of the debtor's account(s) mandated by 31 CFR § 212.1 et. seq, garnishee has determined the account(s) contains $_____ **unprotected** funds, and $_____ **protected** funds. Specify type(s) of protected funds, and if more than one type, specify amount of each: _____

   \_\_\_\_ Other; specify: _____

   Check here [ \_\_ ] if additional pages are necessary.

3. Nothing has been withheld due to a prior garnishment or continuing garnishment which will expire on _____ and is in Case Number _____ in the District Court of _____ County, Oklahoma.

4. On _____, 20\_\_\_\_, the garnishee mailed a copy of the Notice of Garnishment & Exemptions and Application for Hearing by first-class mail to the judgment debtor at:

       Address   _____
       City        _____
       State      _____ Zip_____
       Date Mailed _____

   Or, hand delivered the same to judgment debtor at:

       Judgment Debtor   _____
       Place                _____

5. The garnishee makes the following claim of exemption on the part of the judgment debtor, or has the following objections, defenses, or setoffs to judgment creditor's right to apply garnishee's indebtedness to judgment debtor upon judgment creditor's claim:

   _____

   Check here [ \_\_ ] if additional pages are necessary.

By: _____[signature]_____   Date: 8/30/19

Title: Records Custodian, Raymond James Financial, Inc.

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____
Notary Public

My commission expires: _____

When completed, **mail original answer to**: the Court Clerk of the United States District Court for the Western District of Oklahoma at the following address:
200 NW 4th Street
Oklahoma City, OK 73102

Please Note: **You must send your check for the amount garnished with a copy of your answer to the attorneys named below. The check shall be made to the attorneys' trust account, "RG Busch PLLC COLTAF Account"**

Attorneys for Judgment Creditor:
Nicholas M. Tait and Rob G. Busch
RG Busch PLLC
P.O. Box 3931
Greenwood Village, CO 80155

*AOC Form*
*Revised 5/2011*