IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARVIN KENT POWELL and )
SHAWNA POWELL, )
                     Plaintiffs, )
v. ) Case No. 5:18-FJ-00003-HE
WILBANKS SECURITIES, INC., an )
Oklahoma Corporation, and AARON )
BRONELLE WILBANKS, individually, )
                     Defendants, )
                     and )
Atlas Energy Group, LLC, )
                     Garnishee. )

FILED
OCT 02 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____N.V._____, DEPUTY

**Continuing Garnishee's Answer/Affidavit**

State of _Ohio_ )
County of _Summit_ ) SS

I, _Joel S. Heiser_, (garnishee or individual answering on behalf of garnishee), in answer to a garnishment summons served on the _4th_ day of _September_, 20_19_, and having knowledge of the facts, hereby swear or affirm:

• **If Garnishee is a Partnership**: That garnishee is _____, a partnership composed of the following persons:
• **If Garnishee is a Corporation** [LLC]: That garnishee is a corporation [LLC], organized under the laws of the state of _Delaware_, and the official title of the person answering on behalf of garnishee is _SVP, General Counsel + Secretary_.

1. At the time of the service of the garnishment summons, or upon the date it became effective, the garnishee was not indebted to the defendant for any amount of money nor did the garnishee have possession or control of any property, money, goods, chattels, credits, negotiable instruments or effects belonging to the defendant or in which the defendant had an interest because the employee/individual/defendant was: *(Please check appropriate response)*
   ____ Other (specify): _____

2. At the time of service of the garnishment summons or upon the date it became effective, the garnishee [may be] ~~was~~ indebted to the defendant or [may have] ~~had~~ possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to the defendant as follows: *(Please check appropriate response)*
   _X_ Other (specify): _Distribution interest of defendants' interest in Atlas Resources Series 32-2012 L.P. and Atlas Resources Series 33-2013 L.P., to the extent production revenues exceed production expenses; which distributions, if any, are paid quarterly._

3. Nothing has been withheld due to a prior garnishment or continuing garnishment which will expire on _____ and is in Case Number _____ in the District Court of _____ County, Oklahoma.

4. On _Oct. 1_____, 20_19_, the garnishee mailed a copy of the Notice of Garnishment & Exemptions and Application for Hearing by first-class mail to the Defendants at:
Address _4334 NW Expressway, Suite 222_
City _Oklahoma City_
State _Oklahoma_       Zip _73116_
Date Mailed _10-1-19_
Or, hand delivered the same to defendant at:
Defendant _____
Place _____

Note: This must be done during each period in which the garnishment is in effect.
5. The garnishee makes the following claim of exemption on the part of the defendant, or has the following objections, defenses, or setoffs to plaintiff's right to apply garnishee's indebtedness to defendant upon plaintiff's claim:

_____
_____ Check here [ ] if additional pages are necessary.

By: _Joel S. Hurt_ (signature)       Date: _10-1-19_
Title: _SVP, General Counsel + Secretary_

Subscribed and sworn to before me on this _1st_ day of _October_, 20_19_.
_Denise M. Starkey_
Notary Public
My commission expires: _N/A_

DENISE M. STARKEY
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

Note: A continuing garnishment remains in effect until one of the following occurs: (1) the judgment is vacated, modified or paid in full; (2) the summons is dismissed; or (3) 180 days from the effective date of the summons have elapsed. If a pay period begins within 180 days but ends after the expiration, the pay period is subject to the garnishment. See 12 O.S. § 1173.4.

When completed, **mail original answer to**: the Court Clerk of the United States District Court for the Western District of Oklahoma at the following address:
200 NW 4th Street
Oklahoma City, OK 73102

**Please Note:**     You must send your check for the amount garnished with a copy of your answer to the attorneys named below. The check shall be made to the attorneys' trust account, "RG Busch PLLC COLTAF Account"

Attorneys for Judgment Creditor:
Nicholas M. Tait and Rob G. Busch
RG Busch PLLC
P.O. Box 3931
Greenwood Village, CO 80155

