IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

**NOV 16 2020**

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| MARVIN KENT POWELL AND SHAWNA POWELL<br>Plaintiff, | )<br>)<br>) |
| WILBANKS SECURITIES INC AN OKLAHOMA CORPORATION, AND<br>AARON BRONELLE WILBANKS INDIVIDUALLY | )   Case No.<br>)   5:18-FJ-00003-HE<br>)<br>)<br>) |
| vs.<br>Defendant,<br>   and | )<br>) |
| BANCFIRST<br>Garnishee | |

### Non-Continuing and General Garnishee's Answer/ Affidavit

State of Oklahoma)
County of Oklahoma      )  SS.

I, <u>MS. JAIME BLACKSHEAR</u>, being duly sworn deposes and says:

I am the <u>Assistant Vice President</u> of BancFirst, a corporation, organized under the laws of the State of Oklahoma. Garnishee, having been served with this garnishment summons on: <u>12 November 2020</u>, and having knowledge of the facts and being sworn, states:

1. & 2. **MONEY/FUNDS AVAILABLE:** At the time of service of the garnishment summons or upon the date it became effective, the garnishee was indebted to the judgment debtor or had possession or control of the following property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor as follows:

☐ Earnings shown on the attached Calculation for Garnishment Earnings Form which is incorporated by reference into this answer.
☐ Upon conducting the review of the debtor's account(s) mandated by 31 CFR § 212.1 et. Seq, garnishee has determined the account(s) contain $*(TYPE $ AMNT)* **unprotected** funds, and $*(TYPE $ AMNT)* **protected** funds. Specify type(s) of protected funds, and if more than one type, specify amount of each: _____
☐ Other, specify _____

3. **NO MONEY, GOODS, CHATTELS, CREDITS, NEGOTIABLE INSTRUMENTS, OR OTHER EFFECTS AVAILBLE:**
At the time of the service of the garnishment summons (or upon the date it became effective) the garnishee was not indebted to the judgment debtor / defendant because the judgment debtor / defendant status was:
☒ No Account
☐ Overdrawn
☐ Other, specify: _____

4. On <u>12 November 2020</u>, a copy of the Notice of Garnishment & Exemptions and Application for Hearing was provided to the judgment debtor utilizing:
☐ First Class Mail at the following address _____

5. The garnishee makes the following Claim for Exemption on behalf of the judgment debtor, or has the following objections, defenses, or setoffs to judgment creditor's right to apply garnishee's indebtedness debtor upon judgment creditor's claim: _____

Date <u>12 November 2020</u>        BancFirst By:  <u>MS. JAIME BLACKSHEAR</u>
                                                    Title: <u>Assistant Vice President</u>

*/s/ Jaime Blackshear*
Signature of Bank Affiant

Subscribed and sworn to before me this <u>11/12/2020</u>

*/s/ Rebecca Wooten*        My Commission Expires:    <u>August 26, 2023</u>
Rebecca Wooten, Notary Public

[Notary Seal: REBECCA WOOTEN, NOTARY, # 19008641, EXP. 08/26/23, STATE OF OKLAHOMA]